**Allan GORDON–FOSTER, Appellant**

v.

**Robert F. KENNEDY, Attorney General of the United States, Appellee.**

**No. 16311.**

United States Court of Appeals District of Columbia Circuit.

Argued Nov. 17, 1961.

Decided Nov. 22, 1961.

Mr. David Carliner, Washington, D. C., with whom Mr. Jack Wasserman, Washington, D. C., was on the brief, for appellant.

Anthony G. Amsterdam, Asst. U. S. Atty., with whom Messrs. David C. Acheson, U. S. Atty., Charles T. Duncan, Principal Asst. U. S. Atty., and Gil Zimmerman, Special Asst. U. S. Atty., were on the brief, for appellee. Mr. Daniel J. McTague, Asst. U. S. Atty., and Carl W. Belcher, Asst. U. S. Atty., at the time the record was filed, also entered appearances for appellee.

Before EDGERTON, BAZELON, and BURGER, Circuit Judges.

PER CURIAM.

This is a declaratory judgment suit brought by an alien to review the Attorney General's refusal to adjust the alien's immigration status and to stay his de-

* Sitting by designation pursuant to 28 U.S.C. § 294(a).

portation. The plaintiff appeals from a summary judgment for the defendant. We find no error affecting substantial rights.

Affirmed.